LAW OFFICES OF CHRISTIAN J. GARRIS
CHRISTIAN J. GARRIS  SBN 175808
633 West Fifth Street, 28th Floor
Los Angeles, California 90017
Telephone: (213) 624-2900
Facsimile: (213) 624-2901
Email: cjg@christiangarris.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SLANE, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; AETNA LIFE INSURANCE COMPANY; and DOES 1-10, inclusive;<br><br>    Defendants. | Case No. EDCV13-02278-GW-(SPx)<br><br>**STIPULATION RE CASE CAPTION**<br><br>[Concurrently filed with Proposed Order]<br><br>Judge:    Hon. George H. Wu<br>Ctrm.:    10 (Spring) |

## STIPULATION

1. WHEREAS Thomas Slane, in filing the original Complaint in this matter, erroneously listed one of the two defendants as "Massachusetts Mutual Life Insurance Company" instead of the "Metropolitan Life Insurance Company";

2. WHEREAS the two correct defendants in this matter are and always have been Metropolitan Life Insurance Company and Aetna Life Insurance Company;

3. WHEREAS on December 23, 2013, Plaintiff filed a First Amended Complaint replacing all mention of "Massachusetts Mutual Life Insurance

Company" with "Metropolitan Life Insurance Company";

4. WHEREAS no defendant has yet been formally served with any version of the Complaint or First Amended Complaint;

5. WHEREAS the First Amended Complaint reflects the correct parties in this matter;

6. WHEREAS Massachusetts Mutual Life Insurance Company feels strongly that Court records should not reflect that it has been named as a defendant in litigation in which it is not, was not intended to be, and will not be, a party;

7. WHEREAS counsel for Massachusetts Mutual Life Insurance Company and Plaintiff in this matter have met and conferred and agreed upon a solution to the inadvertent naming of "Massachusetts Mutual Life Insurance Company" in this matter;

**THE PARTIES STIPULATE AS FOLLOWS:**

"Massachusetts Mutual Life Insurance Company" should be stricken from the caption in this matter and should be replaced by "Metropolitan Life Insurance Company." The caption of this matter—as reflected in pleadings or related papers filed with the Court by the parties, as well as in the Court's records—should be amended to read "Thomas Slane v. Metropolitan Life Insurance Company et al." instead of "Thomas Slane v. Massachusetts Mutual Life Insurance Company et al."

Dated: December 27, 2013    LAW OFFICES OF CHRISTIAN J. GARRIS

By:_____
    Christian J. Garris, Esq.

Attorneys for Thomas Slane

law offices of christian j. garris
633 west fifth street, 28th floor
los angeles, california 90017
tel 213.624.2900
fax 213.624.2901

| | | |
|---|---|---|
| 1 | Dated: December 27, 2013 | BARGER & WOLEN |
| 2 | | |
| 3 | | By:_____/S/_____<br>Marty E. Rosen, Esq. |
| 4 | | Attorneys for Massachusetts Mutual Life Insurance Company and Metropolitan Life Insurance Company |

law offices of christian j. garris
633 west fifth street, 28th floor
los angeles, california 90017
tel 213.624.2900
fax 213.624.2901

— 3 —

**Stipulation re Case Caption**