# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS SLANE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY; AETNA LIFE INSURANCE COMPANY; and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.: EDCV 13-02278-GW(SPx)<br><br>Hon. George H. Wu<br>Dept. 10<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)]**<br><br>[Filed concurrently with:<br>- Stipulation for Dismissal.]<br><br>Amended Complaint Filed: 12/23/13 |

## **ORDER OF DISMISSAL**

IT IS HEREBY ORDERED that, pursuant to stipulation of the parties, this action is hereby dismissed in its entirety with prejudice as set forth in Federal Rule of Civil Procedure 41(a)(1). Each party shall bear his/its own costs, expenses and attorneys' fees.

DATED: November 24, 2014  _____
GEORGE H. WU, U.S. DISTRICT JUDGE